Jonathan A. Dessaules, State Bar No. 019439
Douglas M. Imperi, Jr., State Bar No. 034708
**DESSAULES LAW GROUP**
7243 North 16th Street
Phoenix, Arizona 85020
Tel. 602.274.5400
jdessaules@dessauleslaw.com
dimperi@dessauleslaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zombiebox International, Inc., a Delaware corporation,<br><br>   Plaintiff/Counterdefendant,<br><br>vs.<br><br>Generac Power Systems, Inc., a Wisconsin corporation,<br><br>   Defendant/Counterclaimant. | No. CV-23-00726-PHX-ROS<br><br>**FIRST NOTICE OF DISCOVERY AND SETTLEMENT** |

The parties, pursuant to the Court's Rule 16 Scheduling Order, hereby provide notice of the status of discovery and settlement discussions.

## I. STATUS OF DISCOVERY

The parties have exchanged initial disclosure statements and propounded written discovery. On December 13, 2024, both served their responses with objections. They are now working to narrow the scope of Plaintiff's Requests for Production to focus on relevant documents. Additional discovery is expected to follow once production is complete.

## II. STATUS OF SETTLEMENT DISCUSSIONS

There have been no substantive settlement discussions to date.

DATED this 3rd day of January 2025.

| DESSAULES LAW GROUP | HANSEN REYNOLDS LLC |
|---|---|
| By: /s/ Douglas M. Imperi, Jr.<br>Jonathan A. Dessaules<br>Douglas M. Imperi, Jr.<br>7243 North 16th Street<br>Phoenix, AZ 85020<br><br>*Attorneys for Plaintiff*<br>*ZombieBox International, Inc.* | By: /s/ Alan Nicgorski (*w/permission*)<br>Alan Nicgorski<br>150 S. Wacker Dr.<br>24th Floor<br>Chicago, IL 60606<br><br>Jeremy Adelson<br>301 North Broadway<br>Suite 400<br>Milwaukee, WI 53202<br><br>SNELL & WILMER L.L.P.<br>Joseph G. Adams<br>Zachary G. Schroeder<br>One East Washington Street<br>Suite 2700<br>Phoenix, Arizona 85004-2556<br><br>*Attorneys for Defendant*<br>*Generac Power Systems, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to all CM/ECF registrants of record.

/s/ Hilary Narveson

3